IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>ESTEBAN MORALES,<br>                  Defendant. | **8:19CR279**<br><br>**ORDER** |

This matter is before the court on the Defendant's Unopposed Motion to Continue [30]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted.  Accordingly,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue [30] is granted as follows:

1.  The jury trial, now set for March 25, 2020 is continued to **July 7, 2020.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 7, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 17th day of March 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge